302

**No. 53101.**—The Otto Gerdau Co. et al. *v.* United States, protests 85666–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *The Otto Gerdau Co.* v. *United States* (21 Cust. Ct. 24, C. D. 1120) and *Mamary Bros., Inc.* v. *United States* (id. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.

**No. 53102.**—W. M. Stone & Co. *v.* United States, protest 997047–G (Norfolk).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the peat moss is of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim of the plaintiff was sustained.

**No. 53103.**—F. W. Myers & Co. et al. *v.* United States, protests 61714–K, etc. (Detroit).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53104.**—H. W. Gray Co. et al. *v.* United States, protests 69393–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.